UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. REVIS,<br><br>    Plaintiff,<br><br>v.<br><br>STUART SHERMAN, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00542-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>ECF No. 7 |

Plaintiff Andre L. Revis is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2019, the magistrate judge entered findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* be denied. ECF No. 7. Plaintiff filed timely objections on May 31, 2019. ECF No. 10. The objections do not, however, provide legitimate grounds for rejecting the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on May 6, 2019,

ECF No. 7, are adopted in full.

2. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is denied.

3. If plaintiff fails to pay the $400 filing fee in full within twenty-one days of this order, all pending motions will be terminated, and this action will be dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**June 3, 2019**__                     _____/s/ Lawrence J. O'Neill_____
                                                UNITED STATES CHIEF DISTRICT JUDGE