UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. REVIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STUART SHERMAN, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00542-LJO-JDP<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE |

　　　　Plaintiff Andre L. Revis is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On June 3, 2019, the court denied plaintiff's motion to proceed *in forma pauperis* and ordered him to pay the $400 filing fee in full within twenty-one (21) days. ECF No. 11. Plaintiff failed to pay the filing fee within the allotted time. Accordingly, the court hereby dismisses this case without prejudice.

IT IS SO ORDERED.

Dated: __**July 1, 2019**__　　　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1